**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 17, 2023

Ms. Nicholas Leonard
Great Lakes Environmental Law Center
4444 Second Avenue
Detroit, MI 48201

Mr. Robert J. Lundman
U.S. Department of Justice
ENRD
P.O. Box 7415
Washington, DC 20044-7415

Ms. Elena Saxonhouse
Sierra Club
Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

Re: Case No. 23-3581, *Sierra Club v. EPA, et al*
Originating Case No. : EPA-R05-OAR-2023-0058

Dear Counsel,

   AMENDED LETTER (Counsel changed for EPA): This case has been docketed as number **23-3581** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **July 31, 2023**. If payment did not accompany the petition for review, the $500 filing fee should also be paid by this date.

| | |
|---|---|
| Petitioner: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

 More specific instructions are printed on each form. These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                 Sincerely yours,

                 s/Jennifer A. Strobel
                 Case Manager
                 Direct Dial No. 513-564-7019

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-3581**

SIERRA CLUB

    Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

    Respondents