UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3581**

Case Title: **Sierra Club** vs. **EPA, et al**

List all clients you represent in this appeal:

**Sierra Club**

☐ Appellant   ☑ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nicholas Leonard**   Signature: s/ **Nicholas Leonard**

Firm Name: **Great Lakes Environmental Law Center**

Business Address: **4444 Second Avenue**

City/State/Zip: **Detroit, MI 48201**

Telephone Number (Area Code): **313-782-3372**

Email Address: **nicholas.leonard@glelc.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---