UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3581**

Case Title: **Sierra Club** vs. **U.S. Environmental Protection Agency**

List all clients you represent in this appeal:

**Respondents the U.S. Environmental Protection Agency and Michael Regan**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☑ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**Robert J. Lundman**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Heather E. Gange**       Signature: s/ **Heather E. Gange**

Firm Name: **U.S. Department of Justice, ENRD, EDS**

Business Address: **P.O. Box 7611**

City/State/Zip: **Washington, DC  20044-7611**

Telephone Number (Area Code): **202-514-4206**

Email Address: **Heather.Gange@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17