UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3581**

Case Title: **SIERRA CLUB** vs. **EPA, et al**

List all clients you represent in this appeal:

**Sierra Club**

☐ Appellant ☑ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Elena Saxonhouse**  Signature: s/ **Elena Saxonhouse**

Firm Name: **Sierra Club Environmental Law Program**

Business Address: **2101 Webster Street, Suite 1300**

City/State/Zip: **Oakland, CA 94612**

Telephone Number (Area Code): **415-977-5765**

Email Address: **elena.saxonhouse@sierraclub.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---