# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB, *Petitioner*, v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency, *Respondents*. | Nos. 23-3581 and 23-3583 |

## JOINT MOTION TO CONSOLIDATE

Pursuant to Fed. R. App. P. 3 and 6 Cir. R. 27, the Parties respectfully request that Cases No. 23-3581 and 23-3583 be heard together before the same panel, with a consolidated briefing schedule detailed below. As the Parties' agreement that consolidation is proper is conditioned on the Parties' related agreements as to an expanded word count and other procedural matters, the Parties request that the Court's order on consolidation, if granted, include the related relief described below.

1. The above-captioned cases concern two final actions by the U.S. Environmental Protection Agency ("EPA") under the Clean Air Act ("CAA"), 42

U.S.C. §§ 7401-7671q, regarding a seven-county area in southeast Michigan that had been designated as out of attainment with federal air quality standards for ozone pollution. The actions concern overlapping factual, procedural, and statutory backgrounds, and related issues of law. Accordingly, the Parties believe it would best serve judicial efficiency if the Court considers them together.

2.  The Parties request that the Court enter an order including the following terms to govern further proceedings in the above-captioned cases, as a condition of consolidation. The Parties believe that these terms are appropriate given the consolidation of briefing for two cases with overlapping, but distinct, administrative records and substantive issues.

> EPA Files Certified Record Indices – October 16, 2023
>
> Parties File Motions Regarding Record Disputes, if Any – October 31, 2023
>
> Sierra Club's Opening Brief (22,000 words) – January 8, 2024
>
> EPA's Response Brief (22,000 words) – April 8, 2024
>
> Sierra Club's Reply Brief (11,000 words) – May 17, 2024
>
> Joint Deferred appendix pursuant to 6 Cir. R. 30(c)(1)

3.  The Parties further request that in the event of a lapse in EPA's and/or the Department of Justice's appropriations, the above deadlines would be extended for a period corresponding to the length of the lapse.

Respectfully submitted,

*/s/ Elena Saxonhouse*
Elena Saxonhouse, CA Bar No. 235139
Sanjay Narayan, CA Bar No. 183227
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5765
elena.saxonhouse@sierraclub.org
sanjay.narayan@sierraclub.org

*/s/ Nicholas Leonard*
Nicholas Leonard, MI Bar No. P79283
Great Lakes Environmental Law Center
4444 Second Avenue
Detroit, MI 48201
313-782-3372
nicholas.leonard@glelc.org

**On behalf of Petitioner**

Dated: October 5, 2023

*/s/ Heather E. Gange*
Heather E. Gange, DC Bar No. 452615
U.S. Department of Justice
ENRD, EDS
P.O. Box. 7611
Washington, DC  2044-7611
(202) 514-4206
Heather.Gange@usdoj.gov

**On behalf of Respondents**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion to Govern Further Proceedings was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: October 5, 2023        */s/ Elena Saxonhouse*
                             ELENA SAXONHOUSE