UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____
                                   )
SIERRA CLUB                        )
                                   )
    *Petitioner*,                  )
                                   )
v.                                 )   No. 23-3581
                                   )
UNITED STATES ENVIRONMENTAL        )
PROTECTION AGENCY, and             )
MICHAEL S. REGAN, Administrator,   )
United States Environmental Protection )
Agency,                            )
                                   )
    *Respondents*.                 )
_____)

**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

I, John Mooney, am the Division Director of the Air and Radiation Division at Region 5 of the United States Environmental Protection Agency (EPA).

I certify that the documents listed and described below comprise the administrative record of EPA's final agency action entitled "Air Plan Approval; Michigan; Clean Data Determination for the Detroit Area for the 2015 Ozone Standard." The action, which is subject to the above-captioned

petition for review, was published at 88 Fed. Reg. 32,584 (May 19, 2023), and the agency docket number for the action is EPA-R05-OAR-2023-0058.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of October 2023.

_____
John Mooney
Director, Air and Radiation Division, Region 5
United States Environmental Protection Agency

# LIST OF DOCUMENTS COMPRISING
# THE ADMINISTRATIVE RECORD

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0001 | Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/3/2023 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2023-0058-0043 | Final Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 5/19/2023 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2023-0058-0002 | Michigan 2022 Exceptional Event Demonstration, 01/26/2023 submittal | 1/26/2023 | Daniel Eichinger, Acting Director, Michigan Department of Environment, Great Lakes, and Energy (EGLE) |
| EPA-R05-OAR-2023-0058-0003 | EPA concurrence on EGLE Exceptional Event request | 1/30/2023 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2023-0058-0004 | EPA TSD for EGLE Exceptional Event | 1/30/2023 | U.S. EPA, Region 5, Air & Radiation Division (ARD) |
| EPA-R05-OAR-2023-0058-0005 | Fact Sheet - Detroit Bump Up - Final | 2/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0006 | Fact Sheet - Detroit Bump Up - Final - Spanish | 2/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0007 | Fact Sheet - Detroit Bump Up - Final - Arabic | 2/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0008 | Fact Sheet - Detroit CDD | 2/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0009 | Fact Sheet - Detroit CDD - Arabic | 2/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0010 | Fact Sheet - Detroit CDD - Spanish | 2/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0044 | Initial notification of preparation of exceptional event demonstration | 12/21/2022 | John Mooney, Director, ARD, Region 5, U.S. EPA |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0045 | Detroit Design Value Report 2020-2022 | 1/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0046 | EPA Data Evaluation and Concurrence | 1/12/2023 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2023-0058-0011 | Anonymous public comment on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/2/23 | Anonymous |
| EPA-R05-OAR-2023-0058-0012 | Comment submitted by Diane Meyer on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/23/23 | Diane Meyer |
| EPA-R05-OAR-2023-0058-0013 | Comment submitted by Stephen C Brown on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/24/23 | Stephen C Brown |
| EPA-R05-OAR-2023-0058-0014 | Comment submitted by Erma Leaphart on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/24/23 | Erma Leaphart |
| EPA-R05-OAR-2023-0058-0015 | Comment submitted by Doug Clendening on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/25/23 | Doug Clendening |
| EPA-R05-OAR-2023-0058-0016 | Comment submitted by Linda Merritt on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/27/23 | Linda Merritt |
| EPA-R05-OAR-2023-0058-0017 | Comment submitted by Camomilia Bright on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/4/23 | Camomilia Bright |
| EPA-R05-OAR-2023-0058-0018 | Comment submitted by Holly Graves on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/4/23 | Holly Graves |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0019 | Comment submitted by deb sumner on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/4/23 | deb sumner |
| EPA-R05-OAR-2023-0058-0020 | Comment submitted by Pamela Goodman on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/4/23 | Pamela Goodman |
| EPA-R05-OAR-2023-0058-0021 | Comment submitted by Amanda Salvner on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/4/23 | Amanda Salvner |
| EPA-R05-OAR-2023-0058-0022 | Anonymous public comment on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Anonymous |
| EPA-R05-OAR-2023-0058-0023 | Comment submitted by Andrew Pola on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Andrew Pola |
| EPA-R05-OAR-2023-0058-0024 | Comment submitted by Art Hanson on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Art Hanson |
| EPA-R05-OAR-2023-0058-0025 | Comment submitted by Rashida Tlaib on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Rashida Tlaib |
| EPA-R05-OAR-2023-0058-0026 | Comment submitted by Laura Lyons on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Laura Lyons |
| EPA-R05-OAR-2023-0058-0027 | Comment submitted by mohamed elloh on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | mohamed elloh |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0028 | Comment submitted by Michigan Manufacturer's Association on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Caroline Leithen, Director, Environmental and Regulatory Policy, Michigan Manufacturer's Association |
| EPA-R05-OAR-2023-0058-0029 | Comment submitted by Louisa Hoback on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Louisa Hoback |
| EPA-R05-OAR-2023-0058-0030 | Comment submitted by Adela Fetic on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Adela Fetic |
| EPA-R05-OAR-2023-0058-0031 | Comment submitted by Great Lakes Environmental Law Center on behalf of itself and Sierra Club on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/6/23 | Nick Leonard, Executive Director, Great Lakes Environmental Law Center |
| EPA-R05-OAR-2023-0058-0032 | Comment submitted by Eden Bloom on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Eden Bloom |
| EPA-R05-OAR-2023-0058-0033 | Comment submitted by Kariann Fifer on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Kariann Fifer |
| EPA-R05-OAR-2023-0058-0034 | Comment submitted by Dionna Brown on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Dionna Brown |
| EPA-R05-OAR-2023-0058-0035 | Comment submitted by Nick Garver on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/23/23 | Nick Garver |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0036 | Comment submitted by Richard M. Barron on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/23/23 | Richard M. Barron |
| EPA-R05-OAR-2023-0058-0037 | Comment submitted by Alice Bagley on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 2/24/23 | Alice Bagley |
| EPA-R05-OAR-2023-0058-0038 | Comment submitted by Sarah Keith on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/1/23 | Sarah Keith |
| EPA-R05-OAR-2023-0058-0039 | Comment submitted by John Forslin on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/4/23 | John Forslin |
| EPA-R05-OAR-2023-0058-0040 | Comment submitted by Lynn Hartung on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/4/23 | Lynn Hartung |
| EPA-R05-OAR-2023-0058-0041 | Comment submitted by Linda Campbell on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Linda Campbell |
| EPA-R05-OAR-2023-0058-0042 | Comment submitted by Detroit People's Platform on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/5/23 | Detroit People's Platform |
| EPA-R05-OAR-2023-0058-0047 | EPA Redesignation and Clean Data Policy (CDP) Webpage | 4/1/2023 | U.S. EPA, Office of Air and Radiation (OAR) |
| EPA-R05-OAR-2023-0058-0048 | Memorandum from John S. Seitz, Reasonable Further Progress, Attainment Demonstration, and Related Requirements for Ozone Nonattainment Areas Meeting the Ozone National Ambient Air Quality Standard | 5/10/1995 | John S. Seitz, Director, Office of Air Quality Planning and Standards, OAR, U.S. EPA |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0049 | EPA EJScreen Webpage – April 2023 archive | 4/14/2023 | U.S. EPA, Office of Environmental Justice and External Civil Rights (OEJECR) |
| EPA-R05-OAR-2023-0058-0050 | EJScreen report – Livingston County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0051 | EJScreen report - Macomb County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0052 | EJScreen report - Monroe County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0053 | EJScreen report - Oakland County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0054 | EJScreen report - St Clair County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0055 | EJScreen report - Washtenaw County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0056 | EJScreen report - Wayne County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0057 | Technical Guidance for Assessing Environmental Justice in Regulatory Analysis | 6/1/2016 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0058 | EJSCREEN Environmental Justice Mapping and Screening Tool, EJSCREEN Technical Documentation | 9/1/2019 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0059 | EJScreen Technical Documentation | 10/1/2022 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0060 | EJScreen Technical Document Appendix – October 2022 (for EJScreen 2.1) | 10/1/2022 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2023-0058-0061 | Regulatory Impact Analysis for the Final Federal Good Neighbor Plan Addressing Regional Ozone Transport for the 2015 Ozone National Ambient Air Quality Standard | 3/15/2023 | U.S. EPA, OAR, Office of Air Quality Planning and Standards (OAQPS) |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0062 | Guidance on the Preparation of Exceptional Events Demonstrations for Wildfire Events that May Influence Ozone Concentrations | 9/16/2016 | Stephen Page, Director, OAQPS, OAR, U.S. EPA |
| EPA-R05-OAR-2023-0058-0063 | 2016 Revisions to the Exceptional Events Rule: Update to Frequently Asked Questions | 2/12/2020 | U.S. EPA, OAR, OAQPS |
| EPA-R05-OAR-2023-0058-0064 | EGLE's Annual Ambient Air Monitoring Network Review Plan for 2023 | 7/1/2022 | EGLE, Air Quality Division |