Nos. 23-3581/3583

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 6, 2023
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY; MICHAEL S. REGAN, | ) | |
| Administrator, United States Environmental | ) | |
| Protection Agency, | ) | |
| | ) | |
| Respondents. | ) | |

These petitions for review challenge two EPA final agency actions, one entitled "Air Plan Approval; Michigan; Clean Data Determination for the Detroit Area for the 2015 Ozone Standard" and the other entitled "Air Plan Approval; Michigan; Redesignation of the Detroit, MI Area to Attainment of the 2015 Ozone Standards." On October 5, 2023, the parties filed joint motions to consolidate these related matters, to defer filing of a joint appendix, and provided an agreed plan for briefing.

It is hereby **ORDERED** that the joint motions are **GRANTED,** insofar as Case Nos. 23-3581 and 23-3583 are **CONSOLIDATED**, the filing of the Joint Appendix is **DEFERRED** until May 27, 2024, and the briefing schedule and expansion of the relevant word limit as noted below, is adopted. The parties are directed to file an appropriate motion with the court should they seek an extension of time of this briefing schedule, including any extension necessitated by a potential lapse in EPA or Department of Justice appropriations.

Nos. 23-3581/3583
-2-

- Petitioner's opening consolidated brief will be filed no later than **January 8, 2024**, and should not exceed 22,000 words.

- The EPA's consolidated responsive brief will be filed no later than **April 8, 2024**, and should not exceed 22,000 words.

- Petitioner's reply brief will be filed no later than **May 17, 2024**, and should not exceed 11,000 words.

- The Joint Appendix will be filed no later than **May 27, 2024**.

- Any corrected briefs necessary to appropriately cite to the Joint Appendix will be filed no later than **June 6, 2024**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT


Kelly L. Stephens, Clerk