**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 7, 2023

Ms. Heather E. Gange
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

**CORRECTED**

Ms. Elena Saxonhouse
Sierra Club
Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

Re:   Case No. 23-3581, *Sierra Club v. EPA, et al*
Originating Case No. EPA-R05-OAR-2023-0058

Dear Counsel,

   The Sixth Circuit Court of Appeals has modified the traditional appellate briefing schedule to require only **one** copy of each party's brief initially. After the appellant or petitioner has filed the joint appendix, the parties simultaneously resubmit their briefs, having added joint appendix page references to the text.

   The briefs and joint appendix must be mailed to the Clerk's office no later than the dates listed below. If the appellant's or petitioner's brief or joint appendix is filed late, the appeal is at risk of being dismissed for want of prosecution.

| | |
|---|---|
| Appellant or Petitioner Brief | 1 signed original proof brief Electronically filed by **January 8, 2024** and should not exceed **22,000 words** |
| Appellee or Respondent Brief | 1 signed original proof brief Electronically filed by **April 8, 2024** and should not exceed **22,000 words** |
| Appellant or Petitioner Reply Brief (Optional) | 1 signed original proof brief Electronically filed by **May 17, 2024** and should not exceed **11,000 words.** |

| | | |
|---|---|---|
| Joint Appendix | Electronically filed  by **May 27, 2024** | |
| All Briefs Resubmitted with Joint Appendix Page references | 1 signed original  Electronically filed by **June 6, 2024** | |

   Checklists with examples and hyperlinks to the Federal Rules of Appellate Procedure, Sixth Circuit Rules and Internal Operating Procedures are available at <u>www.ca6.uscourts.gov</u>. Briefs and appendices have specific formatting requirements outlined in Rules 28, 30, 31 and 32. If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief or appendix.

Sincerely yours,

s/Virginia Padgett
Case Manager
Direct Dial No. 513-564-7032