UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3581, 23-3583**

Case Title: **Sierra Club** vs. **U.S. Environmental Protection Agency**

List all clients you represent in this appeal:

**Michigan Clinicians for Climate Action;
MI Air MI Health**

☐ Appellant       ☐ Petitioner       ☑ Amicus Curiae       ☐ Criminal Justice Act
☐ Appellee        ☐ Respondent       ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John Minode'e Petoskey**       Signature: s/ **John Minode'e Petoskey**

Firm Name: **Earthjustice**

Business Address: **311 South Wacker Drive, Suite 1400**

City/State/Zip: **Chicago, IL 60606**

Telephone Number (Area Code): **(773) 245-1961**

Email Address: **jpetoskey@earthjustice.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17