**Nos. 23-3581, 23-3583**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SIERRA CLUB,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
MICHAEL S. REGAN, Administrator, United States
Environmental Protection Agency,

*Respondents.*

On Petition for Review of the U.S. Environmental Protection Agency's
Final Rulemakings at 88 Fed. Reg. 32584 (May 19, 2023) and
88 Fed. Reg. 32594 (May 19, 2023)

**MOTION FOR LEAVE TO FILE A BRIEF OF AMICI CURIAE
MICHIGAN CLINICIANS FOR CLIMATE ACTION AND
MI AIR MI HEALTH IN SUPPORT OF PETITIONER**

John Minode'e Petoskey
Christopher R. Clark
EARTHJUSTICE
311 South Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 500-2200
jpetoskey@earthjustice.org
cclark@earthjustice.org

*Counsel for Amici Curiae Michigan
Clinicians for Climate Action and
MI Air MI Health*

## MOTION FOR LEAVE TO FILE A BRIEF OF AMICI CURIAE MICHIGAN CLINICIANS FOR CLIMATE ACTION AND MI AIR MI HEALTH IN SUPPORT OF PETITIONER

Michigan Clinicians for Climate Action ("MiCCA") and MI Air MI Health ("MAMH") (collectively "Health Amici"), through undersigned counsel, hereby move this Court, pursuant to Rule 29 of the Federal Rules of Appellate Procedure, for leave to file an amicus brief in support of Petitioner Sierra Club in the above-captioned matter. Health Amici received consent to file this amicus brief from counsel for Petitioner Sierra Club. Respondent stated through counsel that the United States does not take a position regarding this motion. The proposed amicus brief is being filed concurrently with this motion. In support of this motion, Health Amici state:

1. Health Amici are non-profit health organizations that aim to reduce air pollution that is harmful to Michigan residents.

2. MiCCA is a coalition of Michigan health professionals who seek to prevent the adverse health effects of climate change. MiCCA was founded in 2020 and consists of over 400 members, including university professors, physicians, and respiratory health specialists. MiCCA's work focuses on educating and engaging healthcare workers, the general public, and policymakers on climate change, air quality, and public health. MiCCA's vision is to create a climate in which the health and wellbeing of all people are valued.

3. MAMH was founded in April 2012 by representatives from thirty Michigan health organizations to give health groups a stronger voice when advocating for policies that improve outdoor air quality, curb the harmful health impacts of climate change, and improve the health of children and families. MAMH is committed to ensuring healthy air for Michigan communities by assessing the health effects of air quality and advocating for policies that address these issues.

4. Health Amici have an interest in the outcome of this matter because, as discussed in the proposed brief, granting Sierra Club's request for relief will reduce ground-level ozone and improve public health by requiring additional and more stringent emissions control measures on the Detroit area's many sources of ozone pollution.

5. Health Amici respectfully submit that the facts and arguments presented in the proposed amicus brief are relevant to the disposition of the case as they relate directly to the actions of Respondent that are the subject matter of the petition for review. Furthermore, an amicus brief is desirable because Health Amici have extensive clinical experience and technical expertise related to the negative effects of ozone pollution in Detroit. These professionals are concerned about the growing impacts of poor air quality on their patients and the communities they serve.

For the foregoing reasons, Health Amici respectfully request leave to file the proposed amicus brief.

Dated: January 16, 2024

s/ John Minode'e Petoskey

John Minode'e Petoskey
Christopher R. Clark
EARTHJUSTICE
311 South Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 500-2200
jpetoskey@earthjustice.org
cclark@earthjustice.org

*Attorney for Amici Curiae Michigan Clinicians for Climate Action and MI Air MI Health*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2024, an electronic copy of this MOTION FOR LEAVE TO FILE A BRIEF OF AMICI CURIAE MICHIGAN CLINICIANS FOR CLIMATE ACTION AND MI AIR MI HEALTH IN SUPPORT OF PETITIONER was filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. The undersigned also certifies that all participants who are registered CM/ECF users will be served via the CM/ECF system.

Dated: January 16, 2024                                s/ John Minode'e Petoskey

John Minode'e Petoskey
Christopher R. Clark
EARTHJUSTICE
311 South Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 500-2200
jpetoskey@earthjustice.org
cclark@earthjustice.org

*Attorney for Amici Curiae Michigan Clinicians for Climate Action and MI Air MI Health*